# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No.** _10CV 61647 MGC_

# The attached hand-written document
# has been scanned and is also available in the
# SUPPLEMENTAL PAPER FILE

United States Dist. Court
Southern Dist. of Florida

FILED by SAS D.C.
JUL 21 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Lonnie Dale Baker,
    Plaintiff,

vs.

Case No.#10-61647-Civ.
Judges: Cooke/White

Ian Sklar, et al.,
    Defendants.

## Motion To Dismiss

Plaintiff, Lonnie Dale Baker, in pro se, pursuant to the applicable local Rules and/or Federal Rules of Civil Procedures files this Motion to Dismiss the above case number.

1. On June 26, 2011, Plaintiff sent the Defendants attorneys a notice or request of an intent to dismiss this matter. Defendants provided this Court an copy of said Notice as (Exhibit A).

2. Plaintiff is filing a Motion to Dismiss to the Defendants Counsel's and to the

1.

Court for reasons stated therein his Notice to Dismiss letter dated to Defendants Counsels June 26, 2011, listed as Exhibit A.

Respectfully Submitted,
*Lonnie Dale Baker*
Lonnie Dale Baker, Pro Se

Lonnie Dale Baker
#551000913
Paul Rein Facility
P.O. Box 407003
Ft. Lauderdale, Fl. 33340

Certificate of Service

I hereby certify that on July 18, 2011, I file the foregoing document with the Clerk of Court by U.S. mail. I also certify that the foregoing document is served this day on all counsels of record to dismiss this case.

*Lonnie Dale Baker*
Lonnie Dale Baker

2.

# EXHIBIT A

June 26th, 2011

Alain E. Boileau
McIntosh Schwartz, P.L.
Attorneys at Law
888 3rd Ave., Suite 500
Fort Lauderdale, Fla. 33316

RE: Lonnie Dale Baker v. Sklar, et al.
Case No.# 10-61647-Civ-Cooke/White
Firm's file No.: 012435.0271

Dear Mr. Boileau:
This letter is in regards of your June 21, 2011, letter asking me to resolve my outstanding discovery.

Sir I have decided to dismiss the above case, due to my position and a inadequate law library, including sometimes my mental status of depression.

In sum, please provide me a boiler-plate form with copies of a dismissal of this case, so this case can be removed from the Court docket.

Pg. 1 of 2

Thank you for your prompt and valuable attention to this important matter, and I anticipate as well that we can resolve this matter expeditiously.

Finally, it is difficult access to a copy machine for me to litigate my legal business.

Very truly yours,
Lonnie Dale Baker

Lonnie Dale Baker
#551000913
Paul Rein Facility
P.O. Box 407003
Fort Lauderdale, Fla. 33340

Pg. 2 of 2