```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 10-61647-CIV-COOKE
                         MAGISTRATE JUDGE P. A. WHITE
```

LONNIE DALE BAKER,            :

    Plaintiff,            :

v.                            :          REPORT OF MAGISTRATE
                                            JUDGE  (DE#22)
IAN SKLAR, et al.,            :

    Defendants.           :
_____

This Cause is before the Court upon the pro-se plaintiff's Motion to Dismiss his complaint (DE#22). The Court received notice from the defendants in this civil rights case that the pro-se plaintiff intended to voluntarily dismiss his case (DE#20). The defendants included as Exhibit A, a letter from the plaintiff seeking the proper forms to dismiss.

Upon review of the motion it appeared that the plaintiff did not wish to continue his case. In light of the plaintiff's pro-se status, an Order was sent to the plaintiff to notify the Court he no longer wished to litigate this case by filing a Motion for Voluntary Dismissal on or before July 29, 2011. The Order stated that upon receipt of the plaintiff's motion to dismiss, it will be recommended that the case be dismissed without prejudice, except as to any applicable statute of limitations.

The plaintiff has complied with the Court's Order and filed a motion for voluntary dismissal (DE#22). Upon review of the motion, it is recommended that the plaintiff's motion be granted (DE#22), and this complaint be dismissed without prejudice, except as to any applicable procedural bars.

Objections to the Report may be filed with the District Judge within fourteen days following receipt.

Dated at Miami, Florida this 2nd day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Lonnie Dale Baker, Pro Se
     #551000913
     Paul Rein Facility
     Address of record

     Alain Boileau, Esq.
     Attorney of record